IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVADOR HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-05682 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| R&R LAUNDRY SOLUTIONS, INC., and | ) | |
| ROCHELLE REAUMOND, individually, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

Upon the Parties' Joint Motion for Court Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter without prejudice and without the assessment of costs and/or attorneys' fees against any party. This dismissal without prejudice will convert to a dismissal with prejudice and without the assessment of costs and/or attorneys' fees against any party on July 1, 2016.

Dated: November 12, 2015

ENTERED:

_____
Andrea R. Wood
United States District Judge